IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>JAMES PILCHER,<br><br>      Defendant. | **8:10CR340**<br><br>**ORDER** |

Defendant James Pilcher appeared before the court on Wednesday, March 19, 2014 on Petition for Warrant or Summons for Offender Under Supervision [44] and an Amended Petition for Warrant or Summons for Offender Under Supervision [50]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin on behalf of Russell X. Mayer. The government moved to withdraw Petition [44]. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

  IT IS ORDERED:

  The government's motion to withdraw the Petition for Warrant or Summons for Offender Under Supervision [44] is granted.

  The government's motion for detention of James Pilcher pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

  The defendant, James Pilcher, having received notice of his return to the custody of Nebraska state authorities pending the disposition of this matter and having waived an opportunity for hearing in this matter pursuant to the Interstate Agreement on Detainers, 18 U.S.C. app § 9(2), the U.S. Marshal is authorized to return the defendant, James Pilcher, to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

IT IS FURTHER ORDERED:

1. A final dispositional hearing on the Amended Petition for Warrant or Summons for Offender Under Supervision [50] will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 29, 2014 at 10:30 a.m. Defendant must be present in person.

2. The defendant, James Pilcher, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 19th day of March, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge